CHASE BAG Co., Respondent, *v.* A. LUSTIG, INC., Appellant.

Submitted April 4, 1949; decided April 14, 1949.

*Mitchell May* and *M. J. Konnoson* for motion.

*George L. Madden* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.